IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA
MINNEAPOLIS DIVISION

| | |
|---|---|
| PB&J SOFTWARE, LLC,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>CODE 42 SOFTWARE, INC.; CUCKU, INC.; Q POINT TECHNOLOGY, INC.; UNIVERSE POINT, L.L.C. and LOGMEIN, INC.<br><br>　　　　　　Defendants. | Case No. 09-cv-206-JMR/SRN<br><br>**JURY TRIAL DEMANDED** |

## PLAINTIFF'S REPLY TO DEFENDANT CODE 42 SOFTWARE, INC.'S COUNTERCLAIM

Plaintiff PB&J Software, LLC ("Plaintiff") files this Reply to Defendant Code 42 Software, Inc.'s ("Defendant") Counterclaim. Any allegations or defenses in defendant's answer and counterclaim not expressly admitted herein are hereby denied. Plaintiff denies all of Code 42 Software, Inc.'s affirmative defenses.

 1. Plaintiff admits the allegations in paragraph 1.

 2. Plaintiff admits the allegations in paragraph 2.

 3. Plaintiff admits a controversy exists as alleged in paragraph 3.

 4. Plaintiff admits the allegations in paragraph 4.

 5. Plaintiff admits venue is proper as alleged in paragraph 5.

 6. Plaintiff incorporates by reference paragraphs 1 through 5 above thoughtfully set forth herein.

 7. Plaintiff denies the allegations of paragraph 7.

1

8.   Plaintiff incorporates by reference paragraphs 1 through 7 above thoughtfully set forth herein.

9.   Plaintiff denies the allegations in paragraph 9.

10.   Plaintiff admits the allegations in paragraph 10 and Plaintiff also demanded a jury trial.

WHEREFORE Plaintiff prays for the relief set forth in its Complaints and that Code 42 Software, Inc.'s Counterclaims, and all relief requested by Defendant Code 42 Software, Inc. be denied.

Respectfully submitted,

**THE SIMON LAW FIRM, PC**

By:   /s/ Anthony G. Simon
Anthony G. Simon
701 Market Street, Suite 1450
Saint Louis, Missouri 63101
P. 314.241.2929
F. 314.241.2029
asimon@simonlawpc.com

and

**SCHWEBEL, GOETZ & SIEBEN, P.A.**

James R. Schwebel
James S. Ballentine, Bar No. 209739
51st Floor IDS Center
80 South 8th Street
Minneapolis, Minnesota 55402
P. 612.377.7777
jschwebel@schwebel.com

*ATTORNEYS FOR PLAINTIFF*

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that a copy of the foregoing was served on all parties of record via the Court's CM/ECF system on July 7, 2009.

                                      /s/ Anthony G. Simon
                                            Anthony G. Simon